# McKool Smith

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

Christopher P. Johnson
Direct Dial: (212) 402-9416
cpjohnson@McKoolSmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

May 28, 2020

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      RE:    *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company, L.P. & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305)

              *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company, L.P. & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307)

Dear Judge Nathan:

      We represent the plaintiff U.S. Bank National Association in its capacity as the trustee (the "Trustee") of the GSAMP Trust 2007-HE1 and the GSAMP Trust 2007-HE2 (the "Trusts") in these related actions.

      As Your Honor may recall, these actions were commenced via summonses with notice in the Supreme Court of the State of New York, County of New York and removed to this Court by Defendants prior to the service of complaints. The Trustee thereafter commenced Trust Instruction Proceedings in Minnesota state court relating to both of the Trusts. On May 22, 2019, Your Honor so-ordered the parties' stipulation directing that "the complaints in each Action … be served by June 28, 2019 or five business days after the Minnesota District Court enters an order resolving the TIP for each Trust, whichever is later." (1:19-cv-02305, Dkt. No. 14; 1:19-cv-02307, Dkt. No. 15.) On July 17, 2019, the Minnesota District Court authorized the Trustee to prosecute the GSAMP 2007-HE1 action, but sought additional proceedings regarding the GSAMP 2007-HE2 action. On July 25, 2019, the Trustee served its complaint in the GSAMP 2007-HE1 action and this Court ordered that, "[w]ithin one week of the District of Minnesota's decision on the TIP for the GSAMP 2007-HE2 Trust, Plaintiff-Trustee shall serve the complaint in that action on Defendants and request that the Court schedule a status conference." (1:19-cv-02305, Dkt. No. 20; 1:19-cv-02307, Dkt. No. 19.)

**McKool Smith**
**A Professional Corporation • Attorneys**
Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC

Hon. Alison J. Nathan, U.S.D.J.
May 28, 2020
Page 2

    We write to advise the Court that, on May 21, 2020, the Minnesota District Court for Ramsey County issued an order resolving the GSAMP 2007-HE2 Trust TIP and authorizing the Trustee to proceed with the GSAMP 2007-HE2 action before Your Honor.[1] Accordingly, the Trustee has today served the complaint in the GSAMP 2007-HE2 action on Defendants via ECF and requests that Your Honor schedule a telephonic status conference in these related actions, in accordance with Your Honor's Emergency Individual Rules and Practices in Light of COVID-19.[2]

    We hope that Your Honor, court staff, and the families of all have been, and continue to be, safe and healthy.

Respectfully submitted,

*/s/ Christopher P. Johnson*

Christopher P. Johnson

cc:    Counsel of Record (via ECF)

> An initial pre-trial conference in 19-cv-2307 is hereby scheduled for July 24, 2020 at 3:15 p.m. One week in advance of the conference the parties should provide the joint letter and proposed case management plan described the Court's order of April 15, 2019. *See* Dkt. No. 12. Any outstanding issues in 19-cv-2305 may also be addressed at that conference.
> SO ORDERED.

SO ORDERED.    6/8/20

*[signature]*

Alison J. Nathan, U.S.D.J.

---

[1] That order is currently confidential pending further order of the Minnesota District Court.

[2] Your Honor had adjourned the pretrial conference in the related GSAMP 2007-HE1 action pending resolution of Defendants' motion to dismiss, which was fully briefed as of November 15, 2019. (1:19-cv-02305, Dkt. No. 36.) Pursuant to the stipulation that the Court so-ordered in the GSAMP 2007-HE1 action on September 26, 2019, the parties have agreed to exchange Rule 26 initial disclosures and have conducted "Loan Document" discovery while the motion to dismiss remains pending, but all other discovery has been deferred until after that motion has been resolved. (1:19-cv-02305, Dkt. No. 35).