# McKool Smith

| Christopher P. Johnson<br>Direct Dial: (212) 402-9416<br>cpjohnson@McKoolSmith.com | One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001-8603 | Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444 |

July 23, 2020

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

RE:   *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305]

Dear Judge Nathan:

On behalf of U.S. Bank National Association, in its capacity as Trustee (the "Trustee") of the GSAMP Trust 2007-HE2, we write pursuant to Rule 3.F of this Court's Individual Practices to notify the Court and Defendants that the Trustee does not intend to amend its complaint (Dkt. No. 29) in response to Defendants' motion to dismiss (Dkt. No. 44). Consistent with the parties' so-ordered stipulation (Dkt. No. 43) and Local Civil Rule 6.1(b), the Trustee intends to file and serve papers opposing Defendants' motion to dismiss by July 27, 2020.

Respectfully Submitted,

/s/ Christopher P. Johnson

Christopher P. Johnson

cc: Counsel for Defendants via ECF

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC**