# McKool Smith

Christopher P. Johnson
Direct Dial: (212) 402-9416
cpjohnson@McKoolSmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

July 27, 2020

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

  RE: *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.*
    (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305]

Dear Judge Nathan:

  On behalf of the Plaintiff-Trustee, we write pursuant to Rule 3.E of this Court's Individual Practices to respectfully request oral argument in connection with Defendants' motion to dismiss Plaintiff's complaint (Dkt. No. 44).

  We appreciate the Court's consideration of this request.

          Respectfully Submitted,

          /s/ Christopher P. Johnson

          Christopher P. Johnson

cc: Counsel for Defendants via ECF