# McKool Smith

Christopher P. Johnson
Direct Dial: (212) 402-9416
cpjohnson@McKoolSmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

January 11, 2021

**VIA ECF**

Hon. Alison J. Nathan, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

      RE:    *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305]

Dear Judge Nathan:

    We represent U.S. Bank National Association, in its capacity as Trustee of the GSAMP 2007-HE2 Trust. On behalf of the Plaintiff-Trustee and Defendants,[1] we write pursuant to Rules 1.C. and 3.M. of this Court's Individual Practices to jointly request that Your Honor enter the Stipulation and [Proposed] Order Regarding Amending Complaint that will be filed as docket number 60.

    The parties also jointly requested that Your Honor enter a similar stipulation and proposed order in the related *GSAMP 2007-HE1* action, No 1:19-cv-02305.

                              Respectfully Submitted,

                              */s/ Christopher P. Johnson*

                              Christopher P. Johnson

cc: Counsel for Defendants via ECF

---

[1] Counsel for Defendants has reviewed and consented to the contents of this letter.

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC**