UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

U.S. Bank National Association, as Trustee for
GSAMP Trust 2007-HE1,

Plaintiff,

–v–

Goldman Sachs Mortgage Company, L.P, *et al.*,

Defendants.

19-cv-2305 (AJN)

19-cv-2307 (AJN)

ORDER

U.S. Bank National Association, as Trustee for
GSAMP Trust 2007-HE2,

Plaintiff,

–v–

Goldman Sachs Mortgage Company, *et al.*,

Defendants.

ALISON J. NATHAN, District Judge:

The telephone conference scheduled for June 15, 2021, is adjourned to June 16, 2021, at
3:00 p.m.

SO ORDERED.

Dated: June 3, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge