**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE2,<br><br>Plaintiff,<br><br>-against-<br><br>GOLDMAN SACHS MORTGAGE COMPANY, and GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Index No. 1:19-cv-02307<br>[rel. 1:19-cv-02305] |

### MOTION TO WITHDRAW AS COUNSEL

Jared S. Siegel, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as his last day of employment with the law firm of McKool Smith, P.C. is Friday, September 9, 2022.

McKool Smith, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

The client is aware of and consents to this withdrawal and is being served with a copy of this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court permit Jared S. Siegel to withdraw as counsel for the Plaintiff in this matter.

Dated: September 8, 2022
       New York, New York

                                                **McKOOL SMITH, P.C.**

                                                By: s/ Jared S. Siegel
                                                One Manhattan West
                                                395 Ninth Avenue, 50th Floor
                                                New York, NY 10001
                                                jsiegel@mckoolsmith.com
                                                (t) (212) 402-9400
                                                *Attorneys for Plaintiff*