January 4, 2023

**VIA ECF**

Hon. Jennifer G. Willis, U.S.M.J.
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, New York 10007

   Re: *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305) [rel. 1:19-cv-02307] ("*HE1*");

     *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305] ("*HE2*," and together with *HE1*, the "Actions")

Dear Judge Willis:

  The parties to these Actions write pursuant to Your Honor's December 8, 2022 Order to update the Court on the status of the parties' discovery dispute pending at Dkt No. 156. Since that date, the Federal Housing Finance Agency ("FHFA") has informed the Trustee that it will review the *FHFA v. Goldman* expert reports at issue in this dispute to determine whether the FHFA will object to their production. In light of that review and the parties' ongoing negotiations, the parties request an adjournment of the conference currently scheduled for January 5 until February 8, or at a later date convenient to the Court. The parties further request a deadline to update the Court on the status of their negotiations set two days prior to the forthcoming conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher P. Johnson* | */s/ Richard A. Jacobsen* |
| Christopher P. Johnson | Richard A. Jacobsen, Jr. |
| Counsel for Plaintiff-Trustee | Counsel for Defendants |

NG-9J84MDUI 4887-4652-0646v8