February 10, 2023

**VIA ECF**

Hon. Jennifer G. Willis, U.S.M.J.
United States District Court
 for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, New York 10007

> SO ORDERED.  The conference scheduled for February 15, 2023 is adjourned *sine die*.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> February 10, 2023

Re:   *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE1 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02305) [rel. 1:19-cv-02307] ("*HE1*");

*U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305] ("*HE2*," and together with *HE1*, the "Actions")

Dear Judge Willis:

The parties to these Actions write pursuant to Your Honor's January 4, 2023 Order to update the Court on the status of the parties' discovery dispute pending at *HE1* Dkt No. 156. The parties have agreed to a compromise that resolves the aforementioned dispute, and respectfully request that the conference scheduled for February 15, 2023 be taken off the calendar.

Respectfully submitted,

*/s/ Christopher P. Johnson*                                             */s/ Richard A. Jacobsen*
Christopher P. Johnson                                                       Richard A. Jacobsen, Jr.
Counsel for Plaintiff-Trustee                                              Counsel for Defendants

NG-9J84MDUI 4887-4652-0646v8