UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

                Plaintiff,

       -against-

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

                Defendant.

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**
19 Civ. 2307 (PGG)(JW)

PAUL G. GARDEPHE, U.S.D.J.:

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

**X**   Specific Non-Dispositive Motion/Dispute:*

**All discovery disputes including the dispute pending at Dkt. No. 138**

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

☐   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐   Habeas Corpus

Social Security

☐   Settlement*

☐   Inquest After Default/ Damages Hearing

☐   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
April 13, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge