UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,

                        Plaintiff,              **ORDER**

              -against-              19-CV-2307 (PGG) (JW)

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

                        Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On April 6, 2023, the Parties raised a discovery dispute with the Court. Dkt. No. 138. On April 13, 2023, the dispute was referred to this Court. Dkt. No. 142. A hearing is scheduled for **May 23, 2023** at **2:00 PM**. The hearing will be held in Courtroom 228, 40 Foley Square, New York, New York.

      In the interim, the discovery period is extended until **May 23, 2023**. The Parties are encouraged to continue with the outstanding depositions.

SO ORDERED.

DATED:    New York, New York
               April 14, 2023

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge