**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,

<table>
<tr><td></td><td>Plaintiff,</td><td>**<u>ORDER</u>**</td></tr>
<tr><td></td><td>-against-</td><td>**19-CV-2307 (PGG) (JW)**</td></tr>
</table>

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On May 22, 2023, Defendants raised a discovery dispute with the Court.  Dkt.

No. 148.  A hearing is scheduled for **<u>June 15, 2023</u>** at **<u>11:00 AM</u>**.  The hearing will

be held in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:   New York, New York
         May 26, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge