**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

U.S. BANK NATIONAL ASSOCIATION,
*as Trustee for GSAMP TRUST 2007-HE2*

                                         Plaintiff,            **ORDER**

                              -against-                        **19-cv-2307 (PGG) (JW)**

GOLDMAN SACHS MORTGAGE
COMPANY and GS MORTGAGE
SECURITIES CORP.,

                                         Defendants.

-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 15, 2023, the Court heard oral arguments on the discovery dispute at Dkt. Nos. 148 and 151. For the reasons stated more fully on the record, Defendants' request to compel is DENIED and Plaintiff's request for a protective order is GRANTED. The Parties are directed to order a copy of the transcript from the conference and provide a copy to the Court.

SO ORDERED.

DATED:   New York, New York
                June 15, 2023

                                                                  _____
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge