UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, as Trustee for GSAMP TRUST 2007-HE2,

    Plaintiff,

-against-

GOLDMAN SACHS MORTGAGE COMPANY, and GS MORTGAGE SECURITIES CORP.,

    Defendants.

Case No. 1:19-cv-2307-PGG-JW

**DECLARATION OF ASHLEY GAMBONE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

---

I, Ashley Gambone, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate with the law firm of Orrick, Herrington, and Sutcliffe LLP ("Orrick"). I submit this declaration in support of my motion to withdraw as *pro hac vice* counsel for Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities.

2. Defendants Goldman Sachs Mortgage Company and GS Mortgage Securities will continue to be represented in this action by attorneys at Orrick who have entered appearances in this action.

3. The client is aware of and consents to this withdrawal and is being served with a copy of this motion.

4. I am not asserting a retaining or charging lien in connection with this action.

5. Accordingly, my withdrawal will not cause or result in any delay or prejudice given the ongoing representation of Goldman Sachs Mortgage Company and GS Mortgage Securities by Orrick.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Boston, Massachusetts
March 28, 2024

*/s/ Ashley Gambone*
Ashley Gambone