UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAMP TRUST 2007-HE2,

        Plaintiff,

- against -

GOLDMAN SACHS MORTGAGE COMPANY, L.P., ET AL.,

        Defendant.

**ORDER**

19 Civ. 2307 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiff seeks leave to file a second amended and supplemental complaint. (Dkt. No. 164) Briefing concerning that motion will proceed on the following schedule:

1. Plaintiff's motion is due on **December 6, 2024**;
2. Defendants' opposition is due on **December 27, 2024**; and
3. Plaintiff's reply, if any, is due on **January 3, 2025**.

Under Rule IV(C) of this Court's individual rules – the "bundling rule" – the parties may not file motions electronically on ECF until the motion is fully briefed. The Clerk of Court is directed to terminate the pre-motion letter. (Dkt. No. 164)

Dated: New York, New York
       November 15, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge