# MCKOOL SMITH

Zachary W. Mazin
Direct Dial: (212) 402-9414
zmazin@mckoolsmith.com

1301 Avenue of the Americas
32nd Floor
New York, NY 10019

Telephone: (212) 402-9400
Facsimile: (212) 402-9444
www.mckoolsmith.com

January 12, 2026

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

RE: *U.S. Bank National Association, as Trustee for GSAMP Trust 2007-HE2 v. Goldman Sachs Mortgage Company & GS Mortgage Securities Corp.* (Case No. 1:19-cv-02307) [rel. 1:19-cv-02305]

Dear Judge Gardephe:

We represent the Plaintiff-Trustee in the above-referenced action. On August 29, 2025, we filed an Objection (ECF No. 180), pursuant to Fed. R. Civ. P. 72(a), to Magistrate Judge Willis's non-dispositive Order (ECF No. 179) denying the Plaintiff-Trustee's motion for leave to file a Second Amended And Supplemental Complaint (ECF No. 167). Defendants filed a Response to the Objection on September 12, 2025 (ECF No. 181). The Objection is fully submitted and no argument has been scheduled.

Pursuant to Section IV.H of the Your Honor's Individual Rules of Practice, we write to respectfully call the Court's attention to the pendency of the Objection for more than 120 days.

Respectfully submitted,

/s/ Zachary W. Mazin
Zachary W. Mazin

cc: All Counsel of Record via ECF